■ STANLEY J. ZIANKOSKI et al., Appellants, v MICHAEL SIMMONS et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed as moot without costs *(see, Ziankoski v Simmons,* [appeal No. 1], 170 AD2d 966 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Ringrose, J.—Costs.) Present—Dillon, P. J., Doerr, Denman, Green and Lowery, JJ.